CLIFFORD H. AHRENS, P.J., and LAWRENCE E. MOONEY, J., Concur.

STATE of Missouri, Respondent,

v.

Mohsin BAGHAZAL, Appellant.

No. ED 81292.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 27, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 22, 2004.

Case Transferred to Supreme Court May 25, 2004.

Case Retransferred to Court of Appeals Nov. 23, 2004.

Original Opinion Reinstated Dec. 6, 2004.

---

**3.** The Western District held that section 165.016 "vests the State Board with sole discretion to grant a school district an exemption or revision and to establish the revised base year percentage upon receiving from the district a request showing the reason or reasons for the exemption or revision" but the State Board's discretion is subject to judicial review under section 536.150 RSMo.2000. *Missouri National Education Ass'n,* 34 S.W.3d at 280.

**4.** A denial of a request for revision or exemption may be sufficient.

**5.** The three notices of noncompliance provided for the penalty to be paid "if no waiver or

Richard H. Sindel, Clayton, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J., ROBERT J. DOWD, JR., J. and MARY R. RUSSELL, J.

## ORDER

PER CURIAM.

Appellant, Mohsin Baghazal ("Defendant"), appeals from the judgment of the Circuit Court of St. Louis County convicting him of three counts of child molestation in the first degree, section 566.067 RSMo 2000,[1] after a jury trial. Defendant was sentenced to three consecutive terms of fifteen years imprisonment. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

1. All statutory references are to RSMo 2000 unless otherwise indicated.